United States District Court for the Northern District of Ohio (Eastern)

Kenneth Lindsey
  Plaintiff

v.

County of Mahoning

CASE No.

4:23CV02250

Judge

Comes now Pro Se Plaintiff Kenneth Lindsey to redress the deprivation of rights under Color of Law Pursuant to 42 USC 1983 Whereas the Court has jurisdiction under 28 USC 1331 Whereas this Petitioner has exhausted Administrative remedies to no avail. This Petitioners claim for injunctive relief is authorized by 28 USC 2283 and 2284 as well as Rule 65 FRCP whereas Petitioner moves to sue defendants individually and in their official capacities.

Wherefore, Plaintiff respectfully prays that this Court enter Judgement Granting this Petitioner injunction and Request a Jury trial seeking money damages in the amount of $1.2 Million dollars against each defendant, jointly and severally and any additional relief this Court deems just and Proper.

1. Duties of Defendants why so named in the complaint... in violations of statutory and regulations, civil rights as well as but not limited to fiduciary obligations as well as obstructing of the exersice of Religious freedoms.

    A. The County of Mahoing is empowered by the laws of the State of Ohio to operate the Mahoing County Justice Center and required to collect and expend revenue to do so according to strict regulations.

    B. Mahoning County Commissioners on behalf of Mahoing County are responsible of funding the opperations of the Mahoing Co. Justice Center, ownseeing the agency to ensure compliance with such statues and regulations, as well as task with oversight of others or drafting of relevant policy.

    C. The Mahoing County Sherriff is charged with the duty of opperating the Mahoing Co. Justice Center as chief law enforcement officer, responsible for the enforcement of State and local laws. The Sheriff is also charged with maintaining the Mahoing County Justice Center.

The violations listed in this complaint consist of the following in no specific order:

1. The Sheriff has denied me visits from my family without any reason or at least without informing me as to what reason would I be denied this Right. Obviously if it was a priviledge that I could loose then I would have had to have done something to have lost my priviledge; the issue is I've never had a disciplinary incident report since I've been in this facility

2. The food is served cold

3. There is no fruit on the trays.

4. The facility only offers religious service to Christian faith based inmates.

5. The facility has roaches.

6. We are locked down all day because the facility has a shortage of staff.

7. The facility has a high rate of inmate on inmate fights and I don't feel safe.

8. A staff member was raped here and I have not been able to sleep right ever since the incident because I was subjected to this condition of confinement

9. The facility charges Federal inmates for phone calls when Federal inmates are supposed to recieve calls for free.

10. Only Christian inmates are allowed to recieve books.

11. The facility is recieving Federal funding to feed Federal inmates under Federal Guidelines but instead we all recieve state trays

12. The facility does not allow inmates in the hole to wash our clothes.

13. The facility does not clean the showers everyday and our toilets are constantly inopperable full with waste and sometimes they are in this condition for hours.

14. Our meals are usually served cold and the trays are unclean.

15. We are locked down all day for over half the day and I have not been classified because I am a pretrial detainee so I should not be locked down all day simply because the facility can not maintain employees.

16. Our mattresses are old and unclean

17. The facilities do not have enough chairs in the dorms to provide for all the inmates to sit.

18. The facility offers no Law Library or Library of Law they only offer a Devive that they charge us to use and it rarely works proper and they take it like its a Priveledge not a Right.

19. "The facility will restrict our access to the courts, by not allowing us to recieve our legal mail and not allowing us to effectuate filings with access to send out certified mail.

20. "This Petitioner has been in the facility for 7 months and has never been allowed to go outside to Rec.

21. This Petitioner has been in the facility 7 months and has never been to medical for a check up or any other reason even after multiple request to staff.

23 This Petitioner has been denied medical, had blood in my stool, vomit, and lost a lot of weight.

The defendants mention and listed here are being sued in there Public and Private capacity, offical working capacity and personal capacity, individually, jointly and sevrally and this Petitioner is requesting a jury trial.
The Defendants included herein are:

Sheriff Jerry Greene
Warden Cappibianca
Assistant Warden Lt. Diangelo
Administrator Kountz
Commissioner D. Ditzler
Commissioner C. Rimedio
Commissioner A. Traficanti
The County of Mahoing.

I swear the foregoing is true and correct to the best of my knowledge

Regarding the fact that the defendants have knowledge of these ongoing issues creates a careless breach of duty and based on the defendants assets in part, in order to account for the significance in the punitive assesment of this suit and requesting nominal value as well to the amount of 1 million 2 hundred thousand in total (1.2 million.) 200,000 in punitive. I declare under penalty of perjury the foregoing is true and correct Kenneth Lindsey